IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05mj211

FILED
ASHEVILLE, N. C.
JUN 24 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA

v.

ORDER

EDWARD PORTA,
        Defendant

     UPON motion of the Defendant, along with the consent of the United States Department of Justice, to exclude 30 days in computing the time within which an indictment must be filed in the instant case, the Court finds that the ends of justice are best served and outweigh the best interest of the public and the Defendant in a speedy trial, and the Court adopts the reasons set forth in the Defendant's motion as its reasons in the record at this time, and it is hereby

     ORDERED, that pursuant to the provisions of the "Speedy Trial Act of 1974" (Title 18, United States Code, §3161(h)(8)(A)), that 30 days be excluded in computing the time within which an indictment must be filed in the instant case.

     THIS, the 24th day of June, 2005.

                                    *Dennis L. Howell*
                                    THE HONORABLE DENNIS HOWELL
                                    UNITED STATES MAGISTRATE JUDGE