IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

1:05 MJ 211

UNITED STATES OF AMERICA )
)
vs. )
)
EDWARD PORTA )
)

**FILED**
ASHEVILLE, N. C.
AUG 1 - 2005
U.S. DISTRICT COURT
W. DIST. OF N. C.

## ORDER

**THIS MATTER** is before the Court on the joint motion of the Defendant and of the United States to exclude an additional 30 days in computing the time within which an indictment must be filed in the instant case. For good cause shown, and in the interests of justice, the Court finds that the ends of justice are best served by such an enlargement of time, and outweigh the interests of the public and the Defendant in a speedy trial, and the Court hereby adopts the reasons set forth in the Defendant's motion as the reasons in the record at this time.

**IT IS, THEREFORE, ORDERED,** pursuant to the provisions of the "Speedy Trial Act of 1974," 18 U.S.C. § 3161(h)(8)(A), that 30 days be excluded in computing the time within which an indictment must be filed in this case.

**IT IS SO ORDERED,**

THIS the ___1st___ day of August, 2005.

_____
**DENNIS L. HOWELL**
**UNITED STATES MAGISTRATE JUDGE**