IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

**CRIMINAL NO. 1:05CR239**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| **EDWARD PORTA** ) | |

**THIS MATTER** is before the Court on the Government's Notice Regarding Restitution, filed June 27, 2007. No objection or response has been filed by the Defendant.

**IT IS, THEREFORE, ORDERED** that the Clerk prepare an Amended Judgment reflecting the victims and amounts of restitution as shown on the Government's Notice Regarding Restitution.

Signed: July 20, 2007

Lacy H. Thornburg
United States District Judge